IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 8:09CR14 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER FOR DISMISSAL |
| JOSE MELENDEZ-RAMIREZ, ) | |
| VIRGINIA RAMIREZ-MELENDEZ, ) | |
| VIRGINIA RAMIREZ-MELENDEZ, JR. ) | |
| ) | |
| Defendants. ) | |

Pursuant to Motion of the United States (Filing No. 51), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment in the above-referenced case.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 51) is granted.

Dated this 29th day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge